Argued and submitted October 12, appeal dismissed November 30, 1983

## STATE ex rel JUVENILE DEPARTMENT OF UNION COUNTY,
*Respondent,*

*v.*

## HURLEY,
*Appellant.*

(2051; CA A27242)

672 P2d 72

Carol Wright, Portland, argued the cause for appellant. On the brief was B. Rupert Koblegarde, Portland.

Christine A. Chute, Assistant Attorney General, Salem, argued the cause for respondent. On the brief were Dave Frohnmayer, Attorney General, James E. Mountain, Jr., Solicitor General, and Linda Acaldo, Assistant Attorney General, Salem.

Before Richardson, Presiding Judge, and Young and Newman, Judges.

PER CURIAM

## PER CURIAM

Petitioner's daughter was made a ward of the court in a prior proceeding, and the Children's Services Division was given custody of the child. Petitioner did not appeal that order. He subsequently requested review by the circuit court of its recommendation as to CSD's placement of the child. In essence, he requested that he be given custody of his daughter. The court ordered:

"The above-named child is continued a ward of the court."

The wardship was simply continued with no change. The order is not appealable. *State ex rel Juv. Dept. v. Nagle,* 36 Or App 237, 584 P2d 338 (1978).

Appeal dismissed.